United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON LEVETTE WASHINGTON,

    Plaintiff,

    v.

IVAN SATTERFIELD,

    Defendant.

Case No. 25-cv-03058-RS

**ORDER DENYING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Jason Levette Washington seeks a temporary restraining order against the City of Oakland. His application avers the City of Oakland has posted a "tow notice" on Plaintiff's "garden area." Plaintiff has failed on several grounds to justify entry of a temporary restraining order. There is no indication of whether the city or named Defendant has been served. Turning to the substance of the application, Plaintiff has made an inadequate showing of likelihood of success on the merits. The complaint appears to show the personal property in question is located on a public street and plaintiff has not shown why he would have a right to leave his property on the street. Moreover, Plaintiff's application does not justify possible interference with existing state court litigation. These reasons are not exhaustive and are merely illustrative of why a temporary restraining order is unwarranted.

Plaintiff's application is denied without prejudice and there is no basis to set a preliminary injunction hearing at this time. Any renewed application must include a showing that Defendant has been served and must address the issues identified in this order.

**IT IS SO ORDERED**.

Dated: April 7, 2025

_____
RICHARD SEEBORG
Chief United States District Judge