United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>IVAN SATTERFIELD,<br><br>    Defendant. | Case No. 25-cv-03058-JSC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

By Order filed July 8, 2025, the Court ordered Plaintiff to provide an address for Defendant by August 9, 2025 so that the U.S. Marshal could serve the complaint. (Dkt. No. 14.) The Court specifically warned Plaintiff that if he did not provide an address by that date the complaint would be dismissed without prejudice. (*Id.*)

As of the date of this Order, Plaintiff has not provided an address or otherwise communicated with the Court. Accordingly, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge